UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-CV-21378-KING/BANSTRA

FAUBERT J. DOL
and all others similarly situated,

    Plaintiffs,

v.

CIELO IN THE GROVE, L.L.C.,
a Florida corporation,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE came before this Court upon the Plaintiff's Verified Motion for Attorney's Fees and Costs and Entry of a Final Default Judgment. The Court, having reviewed said Motion and having reviewed the file and being otherwise fully advised in the premises, it is thereupon:

ORDERED AND ADJUDGED that the Plaintiff's Motion is hereby, **GRANTED**.

This Court approves the Plaintiff's Motion for Attorney's Fees and Costs and Entry of a Final Default Judgment. It is ORDERED that final judgment is entered as follows:

1. Judgment is entered in favor of Plaintiff, FAUBERT DOL, and against Defendant, CIELO IN THE GROVE, L.L.C., for the sum of **$5,643.00,** which represents monies owed to Plaintiff, with interest thereon at the rate of 9% per annum, for which let execution issue, and;

2. Judgment is entered in favor of Plaintiff's counsel, CASSATA & HANSON, P.L., and against Defendant CIELO IN THE GROVE, L.L.C., for the sum of **$1,855.50**, which represents attorneys' fees and costs, with interest thereon at the rate of 9% per annum, for which let execution issue.

All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers, at Miami Dade County, Florida this 4 day of Sept, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT COURT JUDGE

Cc: All counsel of record.